IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tolbert, Ruby

Printed: 8/19/08

Case Number: 05 B 39430
Judge: Hollis, Pamela S
Filed: 9/22/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 7, 2008
Confirmed: November 14, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,600.00 |  |
| Secured: |  | 1,234.54 |
| Unsecured: |  | 422.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 242.90 |
| Other Funds: |  | 0.00 |
| Totals: | 4,600.00 | 4,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | US Bank | Secured | 1,234.54 | 1,234.54 |
| 3. | B-Line LLC | Unsecured | 390.38 | 0.00 |
| 4. | World Financial Network Nat'l | Unsecured | 242.37 | 27.97 |
| 5. | World Financial Network Nat'l | Unsecured | 171.78 | 19.82 |
| 6. | World Financial Network Nat'l | Unsecured | 434.00 | 50.08 |
| 7. | Capital One | Unsecured | 1,891.76 | 218.27 |
| 8. | US Bank | Unsecured | 367.05 | 42.35 |
| 9. | ECast Settlement Corp | Unsecured | 555.22 | 64.07 |
| 10. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 11. | BP Amoco | Unsecured |  | No Claim Filed |
| 12. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 13. | First North American Nat Bk | Unsecured |  | No Claim Filed |
| 14. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 15. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 16. | Fleet Credit Card Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,987.10 | $ 4,357.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 110.00 |
| 5% | 37.49 |
| 4.8% | 36.00 |
| 5.4% | 59.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tolbert, Ruby | Case Number: 05 B 39430 |
| | Judge: Hollis, Pamela S |
| Printed: 8/19/08 | Filed: 9/22/05 |

```
                    _____
                     $ 242.90
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

